**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Handle Preforms, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a Bottle One <br> d/b/a Handle Solutions |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2213209 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 92 Stoneridge Court | 2120 Powers Ferry Road SE |
| Number       Street | Number       Street |
| | Suite 430 |
| | P.O. Box |
| Dawsonville          GA       30534 | Atlanta          GA       30339 |
| City                State      ZIP Code | City              State      ZIP Code |

| | **Location of principal assets, if different from principal place of business** |
|---|---|
| Dawson County | |
| County | Number       Street |
| | |
| | City              State      ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Handle Preforms, LLC
          Name                                                              Case number (*if known*)_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

1114

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                        MM / DD / YYYY

        Case number, if known _____

---

| Debtor | Handle Preforms, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number        Street

_____

_____
City                                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name        _____

Phone        _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor _____Handle Preforms, LLC_____   Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/29/2026__
                MM  / DD / YYYY

**✖** /s/ Greg Kershner_____          Greg Kershner_____
Signature of authorized representative of debtor        Printed name

Title _Managing Member_____

**18. Signature of attorney**

**✖** /s/ William Rountree_____   Date __01/29/2026__
Signature of attorney for debtor                       MM   / DD / YYYY

William Rountree_____
Printed name
Rountree, Leitman, Klein & Geer, LLC_____
Firm name
2987 Clairmont Road Suite 350_____
Number      Street
Atlanta_____   GA____   30329_____
City                                State   ZIP Code

404-584-1238_____   wrountree@rlkglaw.com_____
Contact phone                       Email address

616503_____   GA_____
Bar number                           State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

**Fill in this information to identify the case:**

Debtor name ___Handle Preforms, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DTK 1815 Shearn Houston, TX, 77007 | | | Disputed | | | 200,320.07 |
| 2 | Techlong 3870 Lakefield Drive Suwanee, GA, 30024 | | | | | | 194,697.60 |
| 3 | Law Offices of David M. Walker 1000 Parkwood Circle SE Suite 900 Atlanta, GA, 30339 | | | | | | 120,000.00 |
| 4 | Petainer 315 Joe Frank Porter Drive Mount Pleasant, TN, 38474 | | | | | | 116,430.17 |
| 5 | EFI 852 Scholtz Dr. Vandalia, OH, 54377 | | | | | | 32,554.20 |
| 6 | Integrated Plastics 12 Birminghma Ave. Villawood, New South Wales, Australia | | | | | | 30,000.00 |
| 7 | SIPA 4341 International Pkwy Atlanta, GA, 30354 | | | | | | 20,627.50 |
| 8 | Crown Services 309 North Duck Lake Ave Madison Lake, MN, 56063 | | | | | | 19,282.53 |

Debtor    Handle Preforms, LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | DTI 1815 Searn Houston, TX | | | | | | 18,939.90 |
| 10 | McMullan Associates 2170 Satellite Blvd. Suite 175 Duluth, GA, 30097 | | | | | | 8,465.00 |
| 11 | Radius 2160 S. 170th Street New Berlin, WI, 53151 | | | | | | 4,693.54 |
| 12 | DTK 1815 Shearn Houston, TX, 77007 | | | | | | 4,591.20 |
| 13 | Faith Distributors 605 N. Tulsa Ave. Building 1 Oklahoma City, OK, 73107 | | | | | | 1,374.56 |
| 14 | DT Inventions, LLC c/o David R. Thrasher 5151 San Felipe St. 8th Floor Houston, TX, 77056 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 15 | Sidel 5600 Sun Court Norcross, GA, 30092 | | | | | | 0.00 |
| 16 | Practically Impossible Labs, LLC c/o David R. Thrashwer 5151 San Felipe St. 8th Fllor Houston, TX, 77056 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Handle Preforms, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia_____

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/29/2026__          ✖ /s/ Greg Kershner _____
　　　　　　　　MM / DD / YYYY　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　Greg Kershner _____
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　Managing Member _____
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Crown Services
309 North Duck Lake Ave
Madison Lake, MN 56063

DT Inventions, LLC c/o David R. Thrasher
5151 San Felipe St.
8th Floor
Houston, TX 77056

DTI
1815 Searn
Houston, TX

DTK
1815 Shearn
Houston, TX 77007

EFI
852 Scholtz Dr.
Vandalia, OH 54377

Exordium
2120 Powers Ferry Road
Suite 420
Atlanta, GA 30339

Faith Distributors
605 N. Tulsa Ave.
Building 1
Oklahoma City, OK 73107

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Greg Kershner
3849 Beechwood Drive NW
Atlanta, GA 30327

Integrated Plastics
12 Birminghma Ave.
Villawood, New South Wales, Australia,

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

InterTech
2120 Powers Ferry Road SE
Suite 420
Atlanta, GA 30339

ITL
2120 Powers Ferry Road
Suite 400
Atlanta, GA 30339

Law Offices of David M. Walker
1000 Parkwood Circle SE
Suite 900
Atlanta, GA 30339

McMullan Associates
2170 Satellite Blvd.
Suite 175
Duluth, GA 30097

Petainer
315 Joe Frank Porter Drive
Mount Pleasant, TN 38474

Practically Impossible Labs, LLC c/o David R. Thrashwer
5151 San Felipe St.
8th Fllor
Houston, TX 77056

Process Systems
2120 Powers Ferry Road SE
Suite 400
Atlanta, GA 30339

QC Instruments
2120 Powers Ferry Road
Suite 430
Atlanta, GA 30339

Radius
2160 S. 170th Street
New Berlin, WI 53151

Sidel
5600 Sun Court
Norcross, GA 30092

SIPA
4341 International Pkwy
Atlanta, GA 30354


Techlong
3870 Lakefield Drive
Suwanee, GA 30024

Case 26-20125-jrs   Doc 1   Filed 01/29/26   Entered 01/29/26 19:46:19   Desc Main
Document      Page 9 of 11

United States Bankruptcy Court

Northern District of Georgia

In re:  Handle Preforms, LLC                              Case No.

                                                         Chapter    11

                          Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/29/2026_____        /s/ Greg Kershner
                                       _____
                                       Signature of Individual signing on behalf of debtor

                                        Managing Member
                                       _____
                                       Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**

Handle Preforms, LLC

_____

Case No._____

Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Greg Kershner 3849 Beechwood Drive NW, Atlanta, GA 30327 | 100 | |